UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff

Case No. 93CV70449DT
Hon. Patrick J. Duggan
Claim No. 1992A07448

-vs-

FREDA STANFORD,
    Defendant

---

## ORDER ALLOWING RECORDS SUBPOENA

At a session of said Court held in the
City of Detroit, Wayne County, Michigan,
on October 28, 2009

PRESENT: HONORABLE PATRICK J. DUGGAN

Upon the reading and filing of the Petition of the Plaintiff, and this Court being more fully informed and duly advised in the premises:

And upon the Motion of PAMELA S. RITTER, attorney for the Plaintiff;

IT IS HEREBY ORDERED that the Plaintiff may issue a subpoena to **CITIMORTGAGE, INC.** requesting copies of any bank checks used to make payments on account in the last six months and /or the bank routing number of any online payments made in the last six months.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: October 28, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 28, 2009, by electronic and/or ordinary mail.
        s/Marilyn Orem
        Case Manager